1  Daniel L. Kegan (admitted *Pro Hac Vice*)
   Marc E. Fineman (admitted *Pro Hac Vice*)
2  KEGAN & KEGAN, LTD.
   79 W. Monroe St., Suite 1320
3  Chicago, IL  60603-4969
   Phone:  312-782-6495
4  Fax:  312-782-6494

5  Gregory N. Owen, SBN 122825
   OWEN, WICKERSHAM & ERICKSON, P.C.
6  455 Market Street, 19th Floor
   San Francisco, California 94105
7  Telephone: 415-882-3200                    **E-filed 9/2/05**
   Facsimile:  415-882-3232
8
   Attorneys for Defendant
9  FANTASY, INC. (Now Known as
   CONCORD MUSIC GROUP, INC.)
10

11

12                UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14                     SAN JOSE DIVISION

15
   MITSUHIRO SUGAWARA, an individual,  )    Case No.  C 04 2655 JF
16                                      )
                 Plaintiff,             )
17                                      )    **STIPULATION AND (~~PROPOSED~~)**
   v.                                   )    **ORDER FOR CONTINUANCE OF**
18                                      )    **CASE MANAGEMENT CONFERENCE**
   FANTASY, INC., a California corporation; )
19 and DOES 1 through 10,               )    **[Accompanied by Declaration]**
                                        )
20               Defendants.            )    **Date:  October 21, 2005**
                                        )    **Time: 10:30 a.m.**
21 _____  )    **Courtroom:   3**
                                             **Judge:  Honorable Jeremy Fogel**
22

23
       Pursuant to Civil L.R. 6-2, the parties stipulate, and the Court hereby orders, that the Case
24
   Management Conference currently set for October 21, 2005 at 10:30 a.m. is continued to Friday,
25
   November 18, 2005 at 10:30 a.m. in Courtroom 3.
26
   ///
27

28                                      1

   Stipulation and (Proposed) Order re Case Management Conference; Case No.: C 04 2655 JF

1

2   Dated:  August 25, 2005                    KEGAN & KEGAN, LTD.

3

4                                              By:     /s/ Daniel L. Kegan
                                                       As the filing attorney, I attest that the
5                                                      foregoing is accepted by counsel signing
                                                       below
6
                                                       Daniel L. Kegan
7                                                      Attorney for Defendant
                                                       Fantasy Inc. (now known as
8                                                      Concord Music Group, Inc.)

9
    Dated:  August 26, 2005                    MARSHALL SUZUKI LAW GROUP, LLP
10

11
                                               By:     /s/ Edward S. Miyauchi
12                                                     Edward S. Miyauchi
                                                       Attorney for Plaintiff
13                                                     Mitsuhiro Sugawara

14

15  THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

16

17  Dated:  9/1/05                             By:     Jeremy Fogel /s/electronic signature authorized
                                                       United States District Judge
18

19

20

21

22

23

24

25  S:\1clients\FANTA\70002\Pleading\Stip&Order.wpd

26

27

28                                              2

    Stipulation and (Proposed) Order re Case Management Conference; Case No.: C 04 2655 JF