1
2
3
4
5
6                IN THE UNITED STATES DISTRICT COURT
7              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                         SAN JOSE DIVISION

9  MITSUHIRO SUGAWARA,                    CV-04-2655-JF
        Plaintiff,
10                                         ORDER OF DISMISSAL
      V.
11
   FANTASY, INC.,
12         Defendant.
   _____/
13

14
        The parties hereto, by their counsel, have advised the Court that they have agreed to a
15
   settlement of this case.
16
        IT IS HEREBY ORDERED that this cause be dismissed with prejudice; however, that if
17
   any party hereto shall certify to this Court, within ninety days, with proof of service of a copy
18
   thereof, that the agreed consideration for said settlement has not been delivered over, the
19
   foregoing ORDER SHALL STAND VACATED and this cause shall forthwith be restored to the
20
   calendar to be set for trial.
21

22
   Date: October 19, 2005            s/electronic signature authorized
23                                        JEREMY FOGEL
                                       Judge United States District Court
24
25
26
27
28